RONALD S. BUSHNER (State Bar No. 98352)
JEFFREY S. TACHIKI (State Bar No. 231873)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
TRANS WEST LOGISTICS, INC.
(Erroneously sued herein as "Trans West Logistic System")
and STANISLAUS TRAMOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DENNEY, | Case No.: 2:05-CV-2617WBS-JFM |
| Plaintiff, | **ORDER RE: STIPULATION AND REQUEST FOR LEAVE TO FILE THIRD-PARTY COMPLAINT (Fed. R. Civ. P. 14(a));** |
| v. | |
| TRANS WEST LOGISTIC SYSTEM, STANISLAS TRAMOY, and DOES 1 to 10, | |
| Defendants. | |

The stipulation and request of defendants TRANS WEST LOGISTICS, INC. (erroneously sued as "Trans West Logistic System") and STANISLAUS TRAMOY, and plaintiff CLIFFORD DENNEY for leave to make LEE SPARKS; ALLIED VAN LINES, INC.; STEPHEN RAY SCHULTZ; RYDER TRUCK; ANDREZ J. REMBOWSKI; KRZYSZTOF D. DURMA; MERVIN LEE HEUSEVELDT; ALBERTSON'S, INC.; DEAN CAMERON EFHEN; WESTERN MATERIAL SUPPLY; and DANNY SHANE KING, JR. third-party defendants in this action according to the proposed third-party

PDF created with pdfFactory trial version www.pdffactory.com

complaint attached to the stipulation was submitted on May 26, 2006.

The parties have stipulated to allow Trans West to file and serve this third-party complaint.

The court has read the papers submitted, and has fully considered the authorities cited and the arguments of counsel.  Therefore,

IT IS ORDERED that:

1.  The parties' request is granted.  Leave is given to Trans West to make LEE SPARKS; ALLIED VAN LINES, INC.; STEPHEN RAY SCHULTZ; RYDER TRUCK; ANDREZ J. REMBOWSKI; KRZYSTZTOF D. DURMA; MERVIN LEE HEUSEVELDT; ALBERTSON'S, INC.; DEAN CAMERON EFHEN; WESTERN MATERIAL SUPPLY; and DANNY SHANE KING, JR.  parties to this action as third-party defendants in accordance with the third-party complaint;

2.  The Clerk of this Court will issue a summons and deliver it to Trans West for service on the third-party defendants along with a copy of the third-party complaint as shown in the attachment to the motion; and

4.  Trans West must serve or cause to be served the summons and third-party complaint on the third party defendants in the manner specified in rule 4 of the Federal Rules of Civil Procedure no later than June 16, 2006.

Dated:  May 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com