1  David A. Wallis (SBN 95548)
   State Bar No. 95548
2  **BOLLING, WALTER & GAWTHROP**
   A Professional Corporation
3  8880 Cal Center Drive, Suite 400
   Sacramento, California 95826
4  Telephone: (916) 369-0777
   Facsimile: (916) 369-2698
5

6  Attorneys for Defendants
   Behrens Moving Co., sued and served
7  herein as Behrens Moving, Inc.

8                           **US DISTRICT COURT**
                                  For the
9                      **EASTERN DISTRICT OF CALIFORNIA**
   _____

10

11

12  Trans West Logistics, Inc. and Stanislaus    Case No. **2:05-CV-2617**
    Tramoy,
13                                               STIPULATION AND ORDER TO MOVE
         Third-Party Plaintiffs,                 MOTION TO DISMISS
14
    vs.
                                                 Date:     8-7-06
15  Lee Sparks, Behrens Moving, Inc.; Allied Van  Time:     1:30 p.m.
    Lines, Inc., Andrez J. Rembowski; Krzysztof  Dept/Judge: Judge William B. Shubb
16  D. Durma; Mervin lee Heuseveldt; and
    Albertson's, Inc.
17
         Third-Party Defendants.
18  _____/

19
         IT IS HEREBY STIPULATED by and between the parties hereto, by and through their
20
    respective undersigned attorneys of record, that defendant Behrens Moving Company's Motion to
21
    Dismiss shall be moved to August 21, 2006 at 1:30 p.m., which is the same date and time as Third
22
    Party Plaintiffs' Motion to Amend Third Party Complaint.
23

24
    Dated: 7/26/06                               BOLLING, WALTER & GAWTHROP
25

26
                                                 By:    /s/ David A. Wallis
27                                                      David A. Wallis
                                                        Attorney for Defendant
28                                                      Behrens Moving Company

                                             1
                                  **STIPULATION AND ORDER**

Dated: 7/26/06

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: /s/ Jeffrey S. Tachiki
JEFFREY S. TACHIKI
Attorneys for Third-Party Plaintiffs
Trans West Logistics, Inc. and
Stanislaus Tramoy

**PROPOSED ORDER GRANTING CONTINUANCE
OF MOTION TO DISMISS**

The parties having stipulated to continue the Defendant Behrens Moving Company's Motion to Dismiss,

IT IS HEREBY ORDERED that the Motion to Dismiss of defendant Behrens Moving Company be continued from August 7, 2006 to be heard on August 21, 2006 at 1:30 p.m. before the Honorable Judge William B. Shubb of the above-entitled Court.

Dated: July 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\DOCS\SHU\DSHU2\inBOX\Signed\transweststip.wpd